IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hristov, Bogdan I | Case Number: 07 B 04448 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/2/07 | Filed: 3/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,800.00 | |
| Secured: | | 375.32 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 704.20 |
| Trustee Fee: | | 61.63 |
| Other Funds: | | 5,658.85 |
| Totals: | 6,800.00 | 6,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 704.20 | 704.20 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 2,950.61 | 375.32 |
| 4. | Chase Home Finance | Secured | 3,871.00 | 0.00 |
| 5. | B-Real LLC | Unsecured | 72.88 | 0.00 |
| 6. | Chase Automotive Finance | Unsecured | 15.21 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 276.42 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,277.18 | 0.00 |
| 9. | B-Real LLC | Unsecured | 179.82 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 183.24 | 0.00 |
| 11. | B-Real LLC | Unsecured | 661.34 | 0.00 |
| 12. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 13. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 14. | Tamid Medical Group | Unsecured | | No Claim Filed |
| | | | $ 10,191.90 | $ 1,079.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 61.63 |
| | $ 61.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hristov, Bogdan I | Case Number:  07 B 04448 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/2/07 | Filed:  3/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*
_____